IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY CONRAD, | ) |
| Plaintiff, | ) CASE NO. 8:14-CV-00182 |
| v. | ) **ORDER GRANTING** |
| BRUMBAUGH & QUANDAHL, P.C.C,L.L.O., | ) **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No 13).

And the Court finds that said stipulation should be approved.

IT IS THERFORE ORDERED, that this matter is hereby dismissed with prejudice with each party to pay their own attorneys' fees and costs to the extent not otherwise set forth in the party's settlement agreement. Complete record is waived.

DATED:  September 3, 2014

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge